UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

**ATTACH THIS FORM TO YOUR COMPLAINT**

Jimmy Smith                    :     PRISONER
[Your name]                    :     NO: _____cv_____(  )
                 Plaintiff,    :     [Leave blank for Clerk]
                               :
vs.                            :
Lt. Cox,                       :
Lt. John Coleman,              :
c/o Rodriquez,                 :
D.R. Investigator's Lopez, and Scott  :
[People you are suing]         :
                 Defendant(s): 

FILED 2008 APR -4 P 1:48

I, _____Jimmy Smith_____, [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint. I therefore request permission to file my complaint without pre-payment of the filing fee and to proceed *in forma pauperis* (as a poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to proceed *in forma pauperis* I will have to pay the full filing fee of **$350** through installments deducted from my inmate trust fund. I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my inmate trust fund to pay the filing fee to the Court even if my

lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: Jimmy Smith
2. Inmate Number: 334426
3. Correctional Institution: cheshire C.I.
4. Are you currently employed? (Yes or No) No
5. If you are currently employed, state your job title and the amount you get paid each month:

   Job: N/O

   Monthly wages: $ zero

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

   a. Employment: Type   zero                    $ zero
   b. Rent someone paid you:   $ zero
   c. Interest on savings:     $ zero
   d. Dividends on investments: $ zero
   e. Pension, annuity, or life insurance: $ zero
   d. Gifts or inheritances:   $ zero
   e. Other sources: Type   zero                 $ zero

**TURN OVER**

2

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

   $ _zero_

8. What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

   $ _zero_

9. How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

   a. Name & Relationship: _Latasha Anderson Smith, daughter_  $ -0-
   b. Name & Relationship: _Orieana Tate, daughter_  $ -0-
   c. Name & Relationship: _Leeshawn parrish, son_  $ -0-

## DECLARATION UNDER PENALTY OF PERJURY

**WARNING: You MUST sign this section or your application for IFP status will be denied**

I, _Jimmy Smith_, the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: _Jimmy Smith_

Dated: _March 25_, 20_08_

**WARNING: You have not finished. You MUST complete the next section.**

**TURN OVER**

3

PRISONER AUTHORIZATION

**WARNING:** You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name: Jimmy Smith
Your inmate number: 334426
DOC facility where you are detained: Cheshire C.I.

**Case Number** [leave blank for Clerk]:
**Filing Date** [leave blank for Clerk]:

I, ___Jimmy Smith___, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _Jimmy Smith_ [Your signature]
Date: _March 25_, 20_08_ [Today's date]

**WARNING:** You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

## CERTIFICATION OF INMATE ACCOUNT BALANCE

**WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.**

Your name: Jimmy Smith
Your inmate number: 334426
DOC facility where you are detained: Cheshire C.I.

I, Dianne M. Paskow, ~~counselor~~ / employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ 15.00 on account. *Spendable Balance*

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ 122.85 and the average monthly deposits during the same period were $ 87.50.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _Dianne M. Paskow_
(Inmate Trust Fund Officer ~~or Prison Counselor~~)

Name & Rank: Dianne M. Paskow, AFHO

Date: 3/12, 2008

## CHECKLIST FOR IFP APPLICATION

NOTE: Before you send this application to the Court you MUST:

✓  Sign the Declaration under Penalty of Perjury on p. 3

✓  Sign the Prisoner Authorization on p. 4

✓  Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5

✓  Answer every question truthfully and accurately

When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.

DOC: 0000334426    Name: SMITH, JIMMY                                DOB: 12/18/1964
LOCATION: 125-L

ACCOUNT BALANCES Total :      20.00    CURRENT:     20.00    HOLD:          0.00

                              09/12/2007     03/12/2008
SUB ACCOUNT                   START BALANCE  END BALANCE
SPENDABLE BALANCE                       .13        15.00
MANDATORY SAVINGS
PLRA                                    .00         5.00
HOLIDAY PACKAGES
BONDS

                        DEBTS AND OBLIGATIONS
  TYPE     PAYABLE               INFO NUMBER        AMOUNT OWING    AMOUNT PAID
  OCOP     COPIES                125 - 12/11/07            0.74            5.01
  OPOS     POSTAGE               114 - 11/08/06            0.00            4.20

        TRANSACTION DESCRIPTIONS --         SPENDABLE BALANCE SUB-ACCOUNT
  DATE       TYPE   TRANSACTION DESCRIPTION       TRANSACTION AMT      BALANCE
  09/14/2007  DMR   Mail Receipts   125                   200.00        200.13
  09/19/2007  CRS   CRS SAL ORD #4896048 D2         (      49.39)       150.74
  09/19/2007  WCOP  Copies   125                    (       5.00)       145.74
  09/26/2007  CRS   CRS SAL ORD #4909010 D2         (      45.93)        99.81
  09/28/2007  WCOP  Copies   125                    (       4.00)        95.81
  10/03/2007  CRS   CRS SAL ORD #4924310 D2         (      10.29)        85.52
  10/03/2007  CRS   CRS SAL ORD #4924367 D2         (      45.65)        39.87
  10/11/2007  WCOP  Copies   125                    (       5.00)        34.87
  10/11/2007  CRS   CRS SAL ORD #4943098 D2         (      28.14)         6.73
  10/12/2007  DMR   Mail Receipts   125                   300.00        306.73
  10/17/2007  CRS   CRS SAL ORD #4955050 D2         (       6.91)       299.82
  10/22/2007  CEC   CEC SAL ORD #4943098                   1.72         301.54
  10/24/2007  CRS   CRS SAL ORD #4969616 D2         (      38.24)       263.30
  10/25/2007  WPOS  Postage   125                   (       0.24)       263.06
  10/30/2007  WPOS  Postage   125                   (       2.16)       260.90
  10/30/2007  WCOP  Copies   125                    (       5.00)       255.90
  10/31/2007  CRS   CRS SAL ORD #4983806 D2         (      27.73)       228.17
  10/31/2007  CRS   CRS SAL ORD #4984341 D2         (      26.60)       201.57
  11/01/2007  CRS   CRS SAL ORD #4986017 D2         (      68.90)       132.67

                                            Certified by
                                            Dianne M. Haslow, AFHO
                                            Dept. of Correction
                                            Inmate Trust Fund

```
ACC102              CONNECTICUT DEPARTMENT OF CORRECTION         OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T      4.14.1.4
```

DOC: 0000334426    Name: SMITH, JIMMY                           DOB: 12/18/1964
LOCATION: 125-L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 11/05/2007 | WSR | Special Request - 125 | ( 11.00) | 121.67 |
| 11/07/2007 | CRS | CRS SAL ORD #4997572 D2 | ( 15.43) | 106.24 |
| 11/14/2007 | CEC | CEC SAL ORD #4983806 | 0.93 | 107.17 |
| 11/15/2007 | CRS | CRS SAL ORD #5014684 D2 | ( 95.23) | 11.94 |
| 11/15/2007 | CEC | CEC SAL ORD #4997572 | 2.74 | 14.68 |
| 11/20/2007 | CRS | CRS SAL ORD #5025484 D2 | ( 9.38) | 5.30 |
| 11/27/2007 | CEC | CEC SAL ORD #5014684 | 3.20 | 8.50 |
| 11/27/2007 | CRS | CRS SAL ORD #5041093 D2 | ( 8.49) | 0.01 |
| 12/17/2007 | DED | Deduction-OCOP-125 - 12/11/07 | ( 0.01) | 0.00 |
| 03/12/2008 | DMR | Mail Receipts 125 | 25.00 | 25.00 |
| 03/12/2008 | DED | Deduction-PLRA-03062008 | ( 5.00) | 20.00 |
| 03/12/2008 | DED | Deduction-OCOP-125 - 12/11/07 | ( 5.00) | 15.00 |

           TRANSACTION DESCRIPTIONS --           MANDATORY SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|

           TRANSACTION DESCRIPTIONS --                        PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 03/12/2008 | DED | Deduction-PLRA-03062008 | 5.00 | 5.00 |

           TRANSACTION DESCRIPTIONS --           HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|

           TRANSACTION DESCRIPTIONS --                       BONDS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|