## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JIMMY D. SMITH<br>*Plaintiff* | : | 3:08CV509(CSH) |
| | : | |
| v. | : | |
| | : | |
| LT. COX, ET AL | : | JANUARY 14, 2010 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter in accordance with the Release and Stipulated Settlement Agreement, with prejudice and without an award of fees or costs.

THE DEFENDANTS,
Lt. Cox, et al

BY: _____
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. ct17831
110 Sherman Street
Tel No. (860) 808-5450
E-mail: robert.fiske@po.state.ct.us

THE PLAINTIFF,
Jimmy D. Smith, et al

BY: _____
Jimmy D. Smith, #334426
Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT  06382

## CERTIFICATION

I hereby certify that a copy of the foregoing mailed this, the 14th day of January, 2010, to:

Mr. Jimmy D. Smith, #334426
Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

Robert B. Fiske, III
Assistant Attorney General